**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-21-00403-CV**
_____

**WAL-MART STORES TEXAS, LLC, Appellant**

**V.**

**TONY PEAZLEY, Appellee**

_____

**On Appeal from the 163rd District Court**
**Orange County, Texas**
**Trial Cause No. B210209-C**

_____

**ORDER**

Wal-Mart Stores Texas, LLC, appellant, filed an unopposed motion to stay the trial court proceedings pending completion of the appeal. On December 1, 2021, the trial court signed an order denying a motion to stay litigation and compel arbitration. *See* Tex. Civ. Prac. & Rem. Code Ann. § 51.016. On December 20, 2021, Wal-Mart Stores Texas, LLC perfected an accelerated appeal from the trial court's order. *See id.*; *see also* Tex. R. App. P. 26.1(b).

1

When an accelerated appeal from an interlocutory order is perfected, we may make such orders as are necessary to preserve the parties' rights until disposition of the appeal. Tex. R. App. P. 29.3. After reviewing the unopposed motion, we find that temporary orders are necessary to preserve the parties' rights until disposition of the appeal. It is ORDERED that all trial court proceedings are STAYED until our Opinion issues or until further order of this Court. *See id*.

ORDER ENTERED January12, 2022.

PER CURIAM

Before Golemon, C.J., Kreger and Horton, JJ.